UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLEN FABIAN,

Plaintiff,

-against-

SOMERS CENTRAL SCHOOL DISTRICT,

Defendant.

25 CIVIL 3030 (PMH)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated August 12, 2026, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
August 14, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**